# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| MDG PARTNERS, LLP | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:15-cv-01377 |
| | § | |
| MARKEL SERVICE, INC. and | § | Jury Demand |
| ESSEX INSURANCE COMPANY, | § | |
| | § | |
| *Defendants.* | | |

==================================================================

## NOTICE OF SETTLEMENT

==================================================================

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Defendants, Markel Service, Inc. and Essex Insurance Company, and respectfully advise that the parties have reached a settlement in this matter. Upon finalization of the settlement, the parties anticipate filing a joint stipulation of dismissal with prejudice with the Court. Accordingly, the parties respectfully ask that this Court abate all deadlines from its docket.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: */s/ Christina M. Fears*
     **Jamie R. Carsey, *Attorney-in-Charge***
     Southern District Bar No. 567102
     State Bar No. 24045620
     *E-Mail:* jcarsey@thompsoncoe.com
     **Christina M. Fears**
     Texas State Bar No. 24060923
     S.D. Bar No. 2368166
     *E-mail:* cfears@thompsoncoe.com
     One Riverway, Suite 1400
     Houston, Texas  77056-1988
     Telephone:  (713) 403-8210
     Telecopier:  (713) 403-8299

     ***Counsel for Defendants -***
     ***Markel Service, Inc. and Essex Insurance Company***

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the __4th__ day of August, 2015, a true and correct copy of the foregoing instrument was delivered to all known counsel of record in accordance with the Federal Rules of Civil Procedure and applicable Local Rules, as follows:

Todd A. Prins
William L. McCamish
PRINS LAW FIRM
4940 Broadway, Suite 108
San Antonio, Texas 78209
Telephone:    (210) 820-0833
Facsimile:    (210) 820-0929
E-MAIL: taprins@prinslaw.com
E-MAIL: wmccamish@prinslaw.com

    ***Counsel for Plaintiff***

                                           */s/ Christina M. Fears*
                                         JAMIE R. CARSEY
                                         CHRISTINA M. FEARS