UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MDG PARTNERS, LP | § | |
|     *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15-cv-01377 |
| | § | |
| MARKEL SERVICE, INC. AND | § | Jury Demand |
| ESSEX INSURANCE COMPANY | § | |
|     *Defendants.* | § | |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff asks the Court to grant a dismissal against Defendants Markel Service, Incorporated and Essex Insurance Company.

### A.  Introduction

1. Plaintiff is MDG Partners, LP. Defendants are Markel Service, Incorporated and Essex Insurance Company.

2. Plaintiff moves for a dismissal, with prejudice, as to its claims and causes of action against Defendants, Markel Service, Incorporated and Essex Insurance Company, and would move this Court to enter an order granting same.

Respectfully submitted,

PRINS LAW FIRM
4940 Broadway, Suite 108
San Antonio, TX 78209
(210) 820-0833
(210) 820-0929 fax

By: _____
Todd A. Prins
SBN:  16330400
taprins@prinslaw.com
William L. McCamish
SBN: 24062497
wmccamish@prinslaw.com