UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MDG PARTNERS, LP | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:15-cv-01377 |
| | § | |
| MARKEL SERVICE, INC. AND | § | Jury Demand |
| ESSEX INSURANCE COMPANY | § | |
| *Defendants.* | § | |

### ORDER ON MOTION TO DISMISS WITH PREJUDICE

On the day indicated below, came on for consideration, the Motion for Dismissal with Prejudice. The Court, having considered the Motion is of the opinion that it should be granted. It is, therefore

ORDERED that this matter is dismissed with prejudice and that all costs of court shall be paid by the party that incurred same.

Signed and entered this 20th day of August, 2015.

_____
JUDGE PRESIDING

APPROVED:

PRINS LAW FIRM
4940 Broadway, Suite 108
San Antonio, TX 78209
(210) 820-0833
(210) 820-0929 fax

By: _____
Todd A. Prins
SBN: 16330400
taprins@prinslaw.com
William L. McCamish
SBN: 24062497
wmccamish@prinslaw.com